IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LEE AARON,            )
                            )
        Petitioner,         )
                            )
vs.                         )          Civil Action Number
                            )          2:12-cv-00154-WMA-JEO
SHARON PRICE and THE ATTORNEY )
GENERAL OF THE STATE OF     )
ALABAMA,                    )
                            )
        Respondents.        )

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petitioner Ralph Lee Aaron, challenging his convictions and resulting sentences for first-degree sodomy and several counts of production of obscene matter of a child. (Doc. 1). According to petitioner, he was convicted in the Circuit Court of Covington County and that court sentenced him to imprisonment for life without the possibility of parole. (*Id.* at 2). After preliminary review, the magistrate judge assigned this case issued a Report and Recommendation, finding that transfer of this case to the Middle District of Alabama for review and disposition is appropriate because the petitioner was convicted and sentenced within that district. (Doc. 3 at 3) (citing 28 U.S.C. § 2241(d)). Aaron has not filed any objections to the magistrate judge's determination within the time proscribed.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby

adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be transferred to the Northern Division of United States District Court for the Middle District of Alabaman. An appropriate order will be entered.

**DONE** this the 13th day of February, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE